**CABOT**
**MANTANONA** LLP

BankPacific Building, Second floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorney for **Harvey F.T. Candaso**

**FILED**

DISTRICT COURT OF GUAM

SEP 3 0 2005

MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

### TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00076-001 |
| | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| | ) | |
| HARVEY F.T. CANDASO | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, **HARVEY F.T CANDASO**, by and through his counsel of record, Mantanona Law Office and the United States by and through Assistant U.S. Attorney Jeffrey Strand, hereby stipulate to Defendant being allowed to leave the jurisdiction for two weeks to attend to the medical needs of his son who is gravely ill and will be medically evacuated on either October 2, 2005 or October 3, 2005. The Defendant shall check-in within twenty-four (24) hours with the U.S. Probation Office upon his return. Any extensions of this Order will require further stipulations by all parties and the Court.

Dated: **9/30/05**    By: _____
                          Rawlen M T Mantanona, Esq.
                          Attorney for **Harvey F.T. Candaso**

*ORIGINAL*

Dated: 9/30/05     By: _____

Jeffrey Strand, Esq.
Assistant U.S. Attorney

Date: 9/30/05     _____

CARMEN O'MALLAN, Probation Officer
US Probation Office

## ORDER

SO ORDERED this 30th day of September, 2005.

_____

U.S. DISTRICT COURT JUDGE

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

RECEIVED
SEP 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM