**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Harvey F.T. Candaso**

**FILED**
DISTRICT COURT OF GUAM

NOV 1 8 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00076-001 |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | |
| HARVEY F. T. CANDASO ) | |
| Defendant. ) | |

Defendant, HARVEY F. T. CANDASO, by and through his counsel of record, Rawlen M T Mantanona and the United States by and through Assistant U.S. Attorney Jeffrey Strand, hereby stipulate to Defendant being allowed to be outside the jurisdiction to attend to the medical needs of his son who is gravely ill with Acute Lymphblostic Leukemia as evidenced treating physician's letter dated October 19, 2005 attached as Exhibit "A". The defendant shall be permitted to be outside the jurisdiction until January 1, 2006 or until a permanent arrangement can be ordered. The defendant shall check-in within twenty-four (24) hours with the U.S. Probation Office upon his return. Any extensions of this Order will require will require stipulations by all parties and the Court.

Dated: 11/15/05    By: _____
                       Rawlen M T Mantanona, Esq.

Dated: 11/15/05    By: _____
                       Jeffrey Strand, Esq.
                       Assistant U.S. Attorney

Dated: NOV. 1 7 2005  By: _____
                          Grace ~~Flores Damian~~, Probation Officer
                          Damian Flores

## ORDER

SO ORDERED on this ____ day of _____, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge



**ChildrensCenter
for Cancer and Blood Diseases**

4650 Sunset Boulevard, Mail Stop #54
Los Angeles, California 90027 - 6016
Tel 323 669-2121 • Fax 323 660-7128

October 19, 2005

RE: Randall Candaso
CHLA #: 1590052
DOB: 04-01-2004

To: United States Probation Office

This letter is being written on behalf of Randall Candaso, who is a patient at Children's Hospital, Los Angeles. Randall was diagnosed with Acute Lymphblostic Leukemia (ALL), a childhood cancer on 10/07/05. The family is currently here in Los Angeles while Randall is receiving treatment.

Both parents have remained at Randall's' bedside since his date of diagnoses. Randall will need the support of his parents to assist in his care for the duration of his treatment which is (approximately 3 years) we are asking for your consideration of any support that you can give this family. Randall began an intensive chemotherapy regimen since the date of diagnosis. As a result, his immune system is suppressed and is highly susceptible to infection. He must be monitored closely, particularly during this induction phase of treatment. Once discharged from the hospital, Randall will have clinic visits for chemotherapy and testing which range from weekly to monthly.

Your compassionate consideration of this request is greatly appreciated. For further information or clarification of this matter, please contact me at (323) 669-2225.

Sincerely,

Leo Mascarenhas, MD
Assistant Professor of Pediatrics
Attending Physician
Children's Center for Cancer And Blood Diseases

EXHIBIT "A"