**CABOT
MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Harvey F.T. Candaso**

FILED
DISTRICT COURT OF GUAM
NOV 23 2005 ⁊ℓ
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00076 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| HARVEY F. T. CANDASO ) | |
| ) | |
| Defendant. ) | |

Having reviewed the Stipulation filed on November 18, 2005, and finding good cause appearing therein for the requested relief,

IT IS HEREBY ORDERED THAT:

Defendant, HARVEY F. T. CANDASO, shall be allowed to remain outside the jurisdiction of this District to attend to the medical needs of his son. The defendant is permitted to remain out of this District until January 1, 2006, or until a permanent arrangement can be arranged. The defendant shall check-in with the U.S. Probation Office within twenty-four (24) hours of his return to this District.

Dated this 21st day of November 2005.

**ORIGINAL**

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge