FILED
DISTRICT COURT OF GUAM
AUG 28 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff, | ) ) ) | CRIMINAL CASE NO. 03-00076-001 |
| vs. | ) ) ) ) | SPECIAL REPORT |
| HARVEY F.T. CANDASO<br>        Defendant. | ) ) ) | |

**Re: Request for Early Termination**

On December 15, 2003, Harvey F.T. Candaso was sentenced in the U.S. District Court of Guam by Chief Judge John S. Unpingco to six months imprisonment for the offense of False Statement to Government Agency, in violation of 18 U.S.C. §1001. Following imprisonment, he was ordered to serve three years supervised release with the following special conditions: comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; obtain and maintain employment; perform 400 hours of community service; refrain from the use of alcohol; participate in a program approved by the U.S. Probation Office for assessment of drug or alcohol dependency, if it is determined that he is in need of treatment participate in a substance abuse treatment program, obtain and maintain gainful employment; submit to any method of testing as approved by the U.S. Probation Office for determining whether the defendant is using a prohibited substance. His term of supervised release began on July 21, 2004 and will expire on July 21, 2007.

On September 30, 2005, the Court granted Mr. Candaso permission to travel to California for emergency medical treatment for his minor son, who is being treated at Children's Hospital in Los Angeles for acute lymphoblastic leukemia. Attending physician, Dr. Leo Macaren has, provided documentation that Mr. Candaso's son will be treated for three and a half years which requires the care of at least one parent. Mr. Candaso is the primary caregiver since his wife, Esther Candaso's, employment is mandatory as it covers

SPECIAL REPORT
Request for Early Termination
Re:   CANDASO, HARVEY F.T.
USDC Cr. Cs. No. 03-00076-001
August 23, 2006
Page 2

their insurance needs. Based on the information provided by Dr. Macarenhas and the estimated length of time Mr. Candaso will need to be in California for the care of his son, his supervision was transferred to the U.S. Probation Office in the Central District of California on February 17, 2006.

Prior to Mr. Candaso's departure, he had completed 184 hours of community service performance of the 400 hours ordered at sentencing. In consideration of Mr. Candaso situation, the 216 hour balance of community service was waived by the Court. All special conditions have been satisfied, and there have been no new criminal convictions.

The Central District of California is recommending early termination of Mr. Candaso's supervision. Mr. Candaso has completed two years of his three year term of supervised release which is set to expire on July 21, 2007. Based on the information above, this Officer is in support of the request. Assistant U.S. Attorney Russell Stoddard has also stated that he has no objection.

RESPECTFULLY submitted this 24th day of August 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *(signature)*
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*(signature)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Rawlen Mantanona, Defense Counsel
      Russell Stoddard, First Assistant U.S. Attorney
      USPO Gregory Kwon, Central District of California
      File