✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

__DISTRICT OF GUAM__

**FILED
DISTRICT COURT OF GUAM
SEP - 1 2006
MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.  03-00076-001

HARVEY F.T. CANDASO

On ___July 21, 2004___ the above named was placed on supervised release for a period of three years. Harvey Candaso has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**RECEIVED
AUG 3 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM**

cc:
Rawlen Mantanona, Defense Counsel
Russell Stoddard, First Assistant U.S. Attorney
USPO Gregory Kwon, Central District of California
File

### ORDER OF COURT

Pursuant to the above report, it is ordered that Harvey F.T. Candaso be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___1st___ day of ~~August~~ September 2006.

_____
HON. RONALD B. LEIGHTON
Designated U.S. District Judge

ORIGINAL